**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRUCE MATTHYS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BARRICK GOLD OF NORTH AMERICA, INC., a Delaware corporation; BARRICK TURQUOISE RIDGE, INC., a Delaware Corporation,<br><br>　　　　　Defendants. | CASE NO.:　3:20-cv-00034-LRH-CLB<br><br>**STIPULATION AND ORDER 1) DISMISSING BARRICK GOLD OF NORTH AMERICA, INC. AS DEFENDANT WITHOUT PREJUDICE; AND 2) EXTENDING DEADLINE FOR DEFENDANT BARRICK TURQUOISE RIDGE, INC. TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT [First Request]** |

　　　　Plaintiff Bruce Matthys ("Plaintiff" or ("Matthys")) and Defendant Barrick Turquoise Ridge, Inc. ("Defendant" or "Barrick") (collectively, the "Parties") by and through their respective counsel, hereby submit the following Stipulation and [Proposed] Order 1) Dismissing Barrick Gold of North America, Inc. as a Defendant in this action without prejudice; and 2) Extending the Deadline for Defendant Barrick Turquoise Ridge, Inc. to Answer or Otherwise Plead to Plaintiff's Complaint. Defendant seeks a brief extension of five days after the filing of this Stipulation to answer or otherwise respond to the Plaintiff's Complaint. This request is made in good faith, is not made for the purpose of delay, and will not result in any undue delay or prejudice. Accordingly, the Parties

1

have agreed and stipulate that the deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint will be on or before March 9, 2020.

DATED this 4th day of March, 2020.

BY: /s/ James P. Kemp
JAMES P. KEMP, ESQ.
Nevada Bar No. 6375
JP@Kemp-attorneys.com
7435 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
Phone: (702) 258-1183
Fax: (702) 258-6983

*Attorneys for Plaintiff*

DATED this 4th day of March, 2020.

BY: /s/ Anthony L. Hall
ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
RICARDO N. CORDOVA, ESQ.
Nevada Bar No. 11942
RCordova@SHJNevada.com
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Telephone: (775) 785-0088

*Attorneys for Defendant*

**IT IS SO ORDERED.**

DATED this 5th day of March, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE