**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRUCE MATTHYS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BARRICK TURQUOISE RIDGE, INC., a Delaware Corporation,<br><br>　　　　　　Defendants. | CASE NO.:   3:20-cv-00034-LRH-CLB<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br>**[First Request]** |

　　　　Plaintiff Bruce Matthys ("Plaintiff") or ("Matthys") and Defendant Barrick Turquoise Ridge, Inc. ("Defendant" or "Barrick") (collectively, the "Parties") by and through their respective counsel, hereby submit the following Stipulation and [Proposed] Order Extending the Deadline for Defendant Barrick Turquoise Ridge, Inc. to file its Reply in Support of its Motion to Dismiss Plaintiff's First Amended Complaint ("Reply").  Defendant seeks an extension of two weeks to file its Reply.  This request is made in good faith, is not made for the purpose of delay, and will not result in any undue delay or prejudice.  Accordingly, the Parties have agreed and stipulate that the deadline for

///

///

1

Defendant to file its Reply shall be on or before May 27, 2020.

DATED this 13th day of May, 2020.

BY: /s/ James P. Kemp
JAMES P. KEMP, ESQ.
Nevada Bar No. 6375
JP@Kemp-attorneys.com
7435 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
Phone: (702) 258-1183
Fax: (702) 258-6983

*Attorneys for Plaintiff*

DATED this 13th day of May, 2020.

BY: /s/ Anthony L. Hall
ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
KENDRA J. JEPSEN, ESQ.
Nevada Bar No. 14065
KJepsen@SHJNevada.com
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Telephone: (775) 785-0088

*Attorneys for Defendant*

IT IS SO ORDERED, *nunc pro tunc*.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: May 14, 2020