# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE MATTHYS,<br><br>           Plaintiff,<br><br>v.<br><br>BARRICK TURQUOISE RIDGE, INC., a Delaware Corporation,<br><br>           Defendants. | CASE NO. 3:20-cv-00034-LRH-CLB<br><br>**ORDER TO EXTEND TIME FOR PLAINTIFF TO REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S OBJECTION TO THE MAGISTRATE JUDGE'S ORDER GRANTING DEFENDANT'S PROTECTIVE ORDER**<br><br>**(First Request)** |

The parties, by and through their respective counsel, hereby stipulate to extend the time for Plaintiff to reply to Defendant's Response to Plaintiff's Objection to the Magistrate Judge's Order Granting Defendant's Protective Order (ECF No. 49) from the current due date of Friday, September 17, 2021 through and including ***Friday, September 24, 2021***.

This is the first request for an extension of this deadline. The parties provide the following information to the Court regarding the proposed extension of time:

1. Plaintiff's counsel has been delayed in completing work over the past several weeks due to illness in his family that he has been required to attend to. This situation has continued longer than expected with his mother having just been re-admitted to the hospital this week. He has

1

informed Defendants' Counsel of the details of this and the parties agree to an extension of the Plaintiff's deadline until Friday, September 24, 2021 to file a Reply to the Response.

2. There are no other deadlines or proceedings with which this extension would interfere.

This stipulation to extend the deadline is made in good faith and not for purposes of delay.

DATED this 17th day of September, 2021.

BY:  /s/ James P. Kemp
JAMES P. KEMP, ESQ.
Nevada Bar No. 6375
JP@Kemp-attorneys.com
7435 W. Azure Drive, Suite 110
Las Vegas, Nevada 89130
Phone: (702) 258-1183
Fax: (702) 258-6983

*Attorneys for Plaintiff*

DATED this 17th day of September, 2021.

BY:  /s/ Jonathan McGuire
ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
KENDRA J. JEPSEN, ESQ.
Nevada Bar No. 14065
KJepsen@SHJNevada.com
JONATHAN McGUIRE, ESQ
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Telephone: (775) 785-0088

*Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
**LARRY R. HICKS**
**UNITED STATES DISTRICT JUDGE**

DATED:  September 22, 2021.