ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
KENDRA J. JEPSEN, ESQ.
Nevada Bar No. 14065
KJepsen@SHJNevada.com
JONATHAN A. MCGUIRE, ESQ.
Nevada Bar No. 15280
JMcGuire@SHJNevada.com
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
Telephone: (775) 785-0088

*Attorneys for Defendant Barrick Turquoise Ridge, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE MATTHYS,<br><br>                    Plaintiff,<br><br>v.<br><br>BARRICK TURQUOISE RIDGE, INC., a Delaware Corporation,<br><br>                    Defendant. | CASE NO.:   3:20-cv-00034-LRH-CLB<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY**<br>**[THIRD REQUEST]** |

  Plaintiff Bruce Matthys, ("Plaintiff" or "Matthys") and Defendant, Nevada Gold Mines, LLC ("NGM") and Barrick Turquoise Ridge, Inc., by and through their respective counsel, hereby stipulate and agree that the discovery cut-off and related deadlines in this case be extended. As detailed further herein, the additional time is necessary to allow the parties to conduct depositions of percipient witnesses, a 30(b)(6) deposition of the Defendant, and, if applicable, expert discovery. The parties believe an extension of the discovery period by one-hundred and twenty (120) days to **Thursday**, **July 14, 2022,** will provide adequate time to complete the remaining discovery.

  This is the third request for an extension of these deadlines. This request is made in good faith and is not for the purpose of delay. The parties have been engaged in a good faith dispute over the scope of the 30(b)(6) deposition of defendants in this case, but have yet to receive a ruling from

this Court on Plaintiff's Objection to the Magistrate Judge's Order Granting Defendant's Protective Order filed on August 27, 2021. Pursuant to LR 26-4, the parties provide the following information to the court in connection with their request for an extension of the discovery deadlines:

**A. Statement of Discovery that has been Completed**

The parties have exchanged their initial disclosures of documents and witnesses. To date, the parties have produced over 800 documents and identified more than thirty (30) witnesses. Both Plaintiff and Defendant have propounded interrogatories, requests for production, and requests for admissions. The parties recently deposed Thyssen Mining pursuant to Rule 30(b)(6) and a percipient witness, Jose Garcia, and anticipate additional depositions will be necessary.

**B. Description of the Discovery that Remains to be Completed**

In light of the COVID-19 limitations and scheduling difficulties, the parties have only conducted limited discovery related depositions and have not yet conducted discovery related to experts. Both parties agree that an extension of the discovery cutoff date is necessary to enable the parties to hold the necessary in-person depositions. The parties hope that, as the pandemic subsides, people's willingness to travel and appear in person will increase.

**C. Reasons the Remaining Discovery was not Completed within the Time Limits set by the Discovery Plan**

Due to the complexity of the issues presented in this case, and the number of witnesses involved, complications brought on by the global COVID-19 pandemic, the parties have not been able to complete discovery as efficiently as initially planned. The parties have been litigating the scope of the 30(b)(6) deposition notice since the beginning of the meet and confer process in May 2021. The parties are awaiting this Court's ruling on Plaintiff's Objection to the Magistrate Judge's Order Granting Defendant's Protective Orders. ECF No. 48. However, the parties are attempting to proceed without this Court's Order, the parties believe an Order from this Court would assist them in avoiding additional disputes regarding the 30(b)(6) deposition in this case.

**D. Proposed Schedule for Completing all Remaining Discovery**

1. *Discovery Cut-Off Date:*

The parties shall complete discovery on or before **July 14, 2022.**

2. *Amending the Pleadings and Adding Parties:*

The date for filing motions to amend the pleadings or to add parties has passed. However, Plaintiff reserves the right to seek amendment to add a related retaliation claim that is still pending administrative exhaustion with the Nevada Equal Rights Commission.

3. *Expert Disclosures:*

The last day for disclosures required by FRCP 26(a)(2) concerning experts shall not be later than 60 days before the discovery cut-off date, and, therefore, not later than **May 16, 2022** [May 15 being a Sunday].

The last day for disclosures regarding rebuttal experts shall be due thirty (30) days after the initial disclosure of experts, on **June 15, 2022**.

4. *Dispositive Motions:*

The Parties shall file dispositive motions not more than thirty (30) days after the discovery cut-off date and, therefore, not later than **August 13, 2022**.

5. *Pretrial Order:*

If no dispositive motions are filed, and unless otherwise ordered by this Court, FRCP 26(a)(3) disclosures shall be made, and the Joint Pretrial order shall be filed not more than thirty (30) days after the date set for filing dispositive motions, and therefore, not later than **September 12, 2022**.

///

///

///

///

///

///

In the event dispositive motions are filed, the last day to file the Joint Pretrial order shall be suspended until thirty (30) days after the ruling on the dispositive motions.

DATED: January 14, 2022.                                        DATED: January 14, 2022.

KEMP & KEMP                                                     SIMONS HALL JOHNSTON PC

 /s/ James P. Kemp, Esq.                                         /s/ Jonathan A. McGuire, Esq.
James P. Kemp, Esq.                                             Anthony L. Hall, Esq.
KEMP & KEMP                                                     Jonathan A. McGuire, Esq.
7435 W. Azure Drive                                             SIMONS HALL JOHNSTON PC
Suite 110                                                       690 Sierra Rose Drive
Las Vegas, Nevada 89130                                         Reno, Nevada 89511
JP@Kemp-attorneys.com                                           AHall@SHJNevada.com
*Attorneys for Plaintiff*                                       JMcGuire@SHJNevada.com
                                                                *Attorneys for Defendant*

### ORDER

**IT IS SO ORDERED.**

Dated:  January 18, 2022

_____
UNITED STATES MAGISTRATE JUDGE