UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRUCE MATTHYS,<br><br>              Plaintiff,<br><br>v.<br><br>BARRICK TURQUOISE RIDGE, INC., a Delaware Corporation,<br><br>              Defendant. | CASE NO.:   3:20-cv-00034-LRH-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR FILING REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**[First Request]** |

    Plaintiff Bruce Matthys, ("Plaintiff" or "Matthys") and Defendant Barrick Turquoise Ridge, Inc., by and through their respective counsel, hereby stipulate and agree that the reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment in this case be extended.  The Parties believe an extension of fourteen (14) days to file the reply will be appropriate.

    This is the first request for an extension of this deadline.  This request is made in good faith, is not for the purpose of delay, and will not result in any undue delay or prejudice.  Accordingly, the

///

///

///

///

///

///

Page 1 of 2

Parties have agreed and stipulate that the Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment is now due February 20, 2023.

DATED: February 3rd, 2023.

KEMP & KEMP

 /s/ James P. Kemp, Esq.
James P. Kemp, Esq.
KEMP & KEMP
7435 W. Azure Drive
Suite 110
Las Vegas, Nevada 89130
JP@Kemp-attorneys.com
*Attorneys for Plaintiff*

DATED: February 3rd, 2023.

SIMONS HALL JOHNSTON PC

 /s/ Jonathan A. McGuire, Esq.
Anthony L. Hall, Esq.
Jonathan A. McGuire, Esq.
SIMONS HALL JOHNSTON PC
690 Sierra Rose Drive
Reno, Nevada 89511
AHall@SHJNevada.com
JMcGuire@SHJNevada.com
*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.**

DATED this 3rd day of February, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE